IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, As Receiver for Fairway Capital, Corporation, Plaintiff, | |
| v. | C.A. No. 03-458L<br>Related Case No. 00-035L |
| GARY KILBERG, CHERYL KILBERG, JENNIFER KILBERG, ARNOLD KILBERG, and HAMLET LIMITED PARTNERSHIP Defendant. | |

**STIPULATION OF DISMISSAL**

The United States Small Business Administration in its capacity as Receiver for Fairway Capital Corporation, and Defendants Gary Kilberg, Cheryl Kilberg and Jennifer Kilberg, by and through their undersigned counsel, hereby stipulate to a dismissal of this action with prejudice, each party to bear its own costs.

U.S. Small Business Administration,
as Receiver for Fairway Capital Corporation

[signature]

Robert M. Duffy, Esq. (Bar No. 4428)
Stacey P. Nakasian, Esq. (Bar No. 5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Tel. (401) 455-0700
Fax (401) 455-0701

Gary Kilberg, Cheryl Kilberg
and Jennifer Kilberg

Robert E. Bollengier

Robert E. Bollengier, Esq. (Bar No. 1979)
Stephen Browning House
In the Village of Apponaug
3214 Post Road
P.O. Box 7617
Warwick, RI 02887
Tel. (401) 739-6070

Merrill J. Friedemann
Friedemann & Associates
462 Broadway
Providence, RI 02909
Tel. (401) 273-2727

Dated: June ___, 2005

Enter: Ronald R. Lagueux
Sr. USDJ 7/6/05

**APPROVED:**

______________________________ **J.**

**RECOMMEND APPROVAL:**

______________________________
Jacob Hagopian
Senior U.S. Magistrate Judge
Date: June 30, 2005